IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  **20-20152** |
| | | Chapter 13 |
| **William Craig Overton** | : | |
| **Olivia Nicole Overton** | | Judge Tracey N. Wise |
| | : | |
| Debtors. | | **ENTRY MODIFYING PLAN AND** |
| | : | **DEEMING PLAN PAYMENTS** |
| | | **CURRENT** |

This matter is before the Court on a Motion to Modify Plan and Deem Plan Payments Current.

For good cause, the Court GRANTS the motion and hereby modifies the Plan. The Plan payments shall be $1,550.00 per month for the duration of the Plan beginning May, 2021.

The Debtors Plan payments are hereby deemed current.

IT IS SO ORDERED.

Copies to:

All Creditors and Parties in Interest

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
***Tracey N. Wise***
**Bankruptcy Judge**
**Dated: Monday, May 17, 2021**
**(tnw)**